UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                   Case No. 2:21-cr-16-04

KYLE ALEXANDER YOUNG,
                                   Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 12, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the guilty plea of Kyle Alexander Young to the Indictment be accepted. The defendant is charged with a Title 21 drug offense with a mandatory minimum 10 years in prison, and the possibility of life in prison. Under 18 U.S.C. § 3143(a)(2), such a conviction requires mandatory remand. The R&R was duly served on the parties. No objections have been filed and no briefings have been submitted regarding mandatory remand, and the deadline for doing so expired on April 26, 2022. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the R&R (ECF No. 189) is **APPROVED and ADOPTED** as the opinion of the Court. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in the Indictment. The written plea agreement (ECF No. 187) is continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that Defendant's bond is **REVOKED**, based on the mandatory remand provisions of 18 U.S.C. § 3143. Defendant Kyle Alexander Young must

2

surrender to the to the Chippewa County Jail (325 Court Street, Sault Ste. Marie, MI), no later than 4:00 p.m. on Tuesday, May 24, 2022, and shall be detained pending sentencing.  If Defendant does not self-surrender by that deadline, the Court will issue a warrant for his arrest.

Date:    May 18, 2022                              /s/ Hala Y. Jarbou
                                                                  HALA Y. JARBOU
                                                                  UNITED STATES DISTRICT JUDGE